UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NATHAN DOUGLAS WHITE-VALESCO, etc., *et al.*,<br><br>　　　　Defendant, | 2:10-cv-1372-PMP-RJJ<br><br><br>O R D E R |

　　　This matter was referred to the undersigned Magistrate Judge on Plaintiff's LR 22-2 Motion Requesting the Court to Set a Scheduling Conference (#13).

　　　The Court having reviewed the Motion (#13) and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that Plaintiff's LR 22-2 Motion Requesting the Court to Set a Scheduling Conference (#13) is **GRANTED.**

　　　IT IS FURTHER ORDERED that a status conference by telephone conference call is scheduled for October 22, 2010, at 10:30 AM PST. The parties are directed to call into the court's meet-me-line at (702)868-4906, conference code 123456.

　　　DATED this  29th  day of September, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT J. JOHNSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge