JAMES E. MURPHY, ESQ.
Nevada Bar No. 8586
LAXALT & NOMURA, LTD.
6720 Via Austi Parkway
Suite 430
Las Vegas, Nevada 89119
Telephone: (702) 388-1551
Facsimile: (702) 388-1559
E-Mail: jmurphy@laxalt-nomura.com

*Attorneys for Metropolitan Group Property and Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br>vs.<br><br>NATHAN DOUGLAS WHITE-VELASCO (Deceased); KRISTIE A. WHITE; JOSE A. VELASCO; CAROL ANN WHITE; JOHN D. WHITE; UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No.: 2:10-cv-01372-PMP-RJJ<br><br>**ORDER** |

There being no opposition to Plaintiff's Motion for Leave to Deposit Funds, IT IS ORDERED,

1)   Plaintiff Metropolitan Group Property and Casualty Insurance Company may deposit the funds of its Policy A4651285860 in the amount of $25,000.00 with the Clerk of the Court;

2)   Plaintiff Metropolitan Group Property and Casualty Insurance Company is hereby completely discharged from further liability to Defendants named herein, including indemnity

obligations arising out of this transaction; and

3) All above-named Defendants are hereby barred from instituting any action against Plaintiff Metropolitan Group Property and Casualty Insurance Company arising out of this transaction.

4) Plaintiff Metropolitan Group Property and Casualty Insurance Company may be dismissed and need not participate further in the above-entitled action.

DATED this _ 1st day of December, 2010.

_____
PHILIP M. PRO, JUDGE OF THE UNITED STATES DISTRICT COURT

Submitted by:

LAXALT & NOMURA, LTD.

_____
JAMES E. MURPHY, ESQ.
Nevada Bar No. 8685
6720 Via Austi Parkway, Suite 430
Las Vegas, NV 89119
Tel. (702) 388-1551
Fax. (702) 388-1559
Email: jmurphy@laxalt-nomura.com
*Attorneys for Plaintiff Metropolitan Group Property and Casualty Insurance Company*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of LAXALT & NOMURA, LTD., and that I caused a true and correct copy of the foregoing (Proposed) ORDER document to be served by electronic transmission to the parties on electronic file and/or to the following recipients deposited in the United States Mail, postage prepaid, first class delivery.

David Roger, District Attorney
Mary-Anne Miller, County Counsel
Bradley M. Ballard, Deputy District Attorney
500 South Grand Central Parkway
P.O. Box 552215
Las Vegas, NV 89155-2215
mary-anne.miller@ccdanv.com
*Attorneys for University Medical Center of Southern Nevada*

Martin A. Little, Esq.
Jolly Urga Wirth Woodbury
& Standish
3800 Howard Hughes Parkway
Sixteenth Floor
Las Vegas, NV 89169
*Attorneys for Kristie A. White*

Carol Ann White
15268 Durham Way S
Granger, IN 46530
*Defendant in proper person*

John D White
15268 Durham Way S
Granger, IN 46530
*Defendant in proper person*

Jose A. Velasco
3144 Perlita Avenue, Apt. 2
Los Angeles, CA 90039
*Defendant in proper person*

DATED: this 30th day of November, 2010.

Nancy Rozan, An Employee of Laxalt & Nomura, Ltd.