Martin A. Little, Esq.
Nevada Bar No. 7067
E-mail: mal@juww.com
JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Parkway, 16th Floor
Las Vegas, Nevada 89169
Telephone: (702) 699-7500
Facsimile: (702) 699-7555
*Attorneys for Kristie White*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>NATHAN DOUGLAS WHITE-VELASCO (Deceased); KRISTIE A. WHITE; JOSE A. VELASCO; CAROL ANN WHITE; JOHN D. WHITE; UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; DOES 1 through X; and ROE CORPORATIONS 1 through X, inclusive<br><br>Defendants. | CASE NO.:  2:10-cv-01372-PMP-RJJ |

### ORDER

Presently before the Court is the Motion for Summary Judgment (Doc. 45) filed by Interpleader Defendants the Estate of Nathan Douglas White-Velasco (the "Estate") and Kristie A. White ("Kristie") on June 6, 2011. Interpleader Defendants John White and Carol White (the "Whites") filed an response (Doc. 47) on June 21, 2011, and Interpleader Defendant Jose A. Velasco ("Jose") filed a response (Doc. 48) on June 22, 2011. Kristie and the Estate filed a reply (Doc. 59) on July 8, 2011.

The motion came on for hearing before the Honorable Phillip M. Pro on August 29, 2011, at 2:15 p.m. The Motion requested release of the interpleaded funds equally between the parents

of the deceased, Jose and Kristie, or in the alternative, to the Estate. The Whites objected to the release of the interpleaded funds to the Estate, and the Whites withdrew their opposition to the Motion to the extent that it calls for division equally between Kristie and Jose.

The Court will grant the Motion to the extent that it calls for division between Kristie and Jose equally, as the Court finds that pursuant to Nevada Revised Statute § 134.050(3), the parents of the deceased are entitled to the interpleaded funds, and the maternal grandparents are not heirs pursuant to Nevada's intestacy statutes, and are therefore not entitled to any portion of the interpleaded funds.

Accordingly, after consideration of the pleadings and papers on file, and the oral arguments by counsel and the parties,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Interpleader Defendants' Motion for Summary Judgment is GRANTED to the extent that it requests equal division of the interpleaded funds to Jose and Kristie, the parents of the deceased.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the remaining relief requested in the MOTION is DENIED as moot.

**ORDER**

IT IS SO ORDERED.

DATED this _ 9th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
JOLLEY URGA WIRTH WOODBURY
& STANDISH

By: _____
MARTIN A. LITTLE, ESQ.
3800 Howard Hughes Pkwy., 16th Floor
Las Vegas, Nevada 89169