UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>NATHAN DOUGLAS WHITE-VELASCO, *et al.*,<br><br>Defendants. | 2:10-cv-01372-PMP-RJJ<br><br>**ORDER** |

Having read and considered Defendant Kristie White, and the Estate of Nathan Douglas White-Velasco's fully briefed Motion for an Order Directing Clerk of the Court to Recognize Writ of Garnishment and Directing Clerk to Distribute Interpleader Funds Pursuant to Writ of Garnishment (Doc. #55), and good cause appearing,

**IT IS ORDERED** that Defendant Kristie White, and the Estate of Nathan Douglas White-Velasco's fully briefed Motion for an Order Directing Clerk of the Court to Recognize Writ of Garnishment and Directing Clerk to Distribute Interpleader Funds Pursuant to Writ of Garnishment (Doc. #55) is **GRANTED**.

**IT IS FURTHER ORDERED** that there being no further matters pending in this case, this case shall be deemed closed.

DATED: July 30, 2012.

_____
PHILIP M. PRO
United States District Judge